**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Truline Construction Services, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1856118** |

**4.    Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1330 Avenue of the Americas** <br> **Suite 23** <br> **New York, NY 10019** <br> Number, Street, City, State & ZIP Code | **5221 23rd Avenue S** <br> **Gulfport, FL 33707** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    **https://trulinecm.com**

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Truline Construction Services, Inc.**

Name _____   Case number (*if known*) _____

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____   When _____   Case number _____

District _____   When _____   Case number _____

| Debtor | Truline Construction Services, Inc. | Case number (*if known*) |
|--------|-------------------------------------|--------------------------|
| | Name | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|--|--|--|--|
| Debtor | | Relationship | |
| District | | When | | Case number, if known | |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____
       Contact name  _____
       Phone  _____

---

███  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|--|--|--|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|--|--|--|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|--|--|--|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor **Truline Construction Services, Inc.**                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | **Truline Construction Services, Inc.** | Case number (*if known*) | |
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 12, 2023**
MM / DD / YYYY

**X /s/ Michael Goldberg**
Signature of authorized representative of debtor

**Michael Goldberg**
Printed name

Title    **President**

---

**18. Signature of attorney**

**X /s/ Adrienne Woods, Esq.**
Signature of attorney for debtor

Date **October 12, 2023**
MM / DD / YYYY

**Adrienne Woods, Esq. 4356770**
Printed name

**Weinberg Zareh Malkin Price LLP**
Firm name

**45 Rockefeller Plaza, 20th Floor**
**New York, NY 10111**
Number, Street, City, State & ZIP Code

Contact phone    **212-899-5470**        Email address    **awoods@wzmplaw.com**

**4356770 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Truline Construction Services, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 12, 2023**    X **/s/ Michael Goldberg**
                                           Signature of individual signing on behalf of debtor

                                           **Michael Goldberg**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name     **Truline Construction Services, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     _____

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **1,645,884.89**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **1,645,884.89**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **541,755.81**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $       **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **4,243,378.47**

4.  **Total liabilities** ...............................................................................................................
Lines 2 + 3a + 3b             $     **4,785,134.28**

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Truline Construction Services, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 2733 | $281,387.14 |
| 3.2. | TD Bank | Checking | 4822 | $1,215.44 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $282,602.58 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes Fill in the information below.

11. **Accounts receivable**

Debtor    **Truline Construction Services, Inc.**                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **237,437.70** | - | **0.00** = .... |
| | face amount | | doubtful or uncollectible accounts |

|  |  |
|---|---|
| | **$237,437.70** |

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | **1,150,807.50** | - | **39,052.89** =.... |
| | face amount | | doubtful or uncollectible accounts |

|  |  |
|---|---|
| | **$1,111,754.61** |

12.    **Total of Part 3.**                                            | **$1,349,192.31** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

<div style="background:black;color:white">Part 4:</div>    **Investments**

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

<div style="background:black;color:white">Part 5:</div>    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

<div style="background:black;color:white">Part 6:</div>    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

<div style="background:black;color:white">Part 7:</div>    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** (5)Laptops, (1)Printer | **$0.00** | **Replacement** | **$1,600.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                            | **$1,600.00** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☒ No

| Debtor | **Truline Construction Services, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Bulldog($200), (2)Sawzall($200), Big Grinder($80), (2)Small Grinder($120), Compound Drill Mixer Gun($150), Wet Vac($100), Demo Stripping Bar($50), Floor Scraper($20), Shovel($25), Pick Axe($30), Mop & Pail($50), Broom($15), Chopping Gun($800), (4)Portable Heaters($4000), Cordless Drill/Impact Combo($125), (3)Laundry Baskets($1,200), (2)A-Frames($400), (3)24' Extension Ladder($975), (2)Gang Box($1,500), Baker with Rails($800), 16' Ladder($300), (3) 6' Ladder($600), Misc. Hand Tools($300), Low Speed High Torque Circular Saw($450) | $12,490.00 | Liquidation | $12,490.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $12,490.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

Debtor    **Truline Construction Services, Inc.**                    Case number *(If known)* _____
                Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Truline Construction Services, Inc.** _____    Case number _(If known)_ _____
        _Name_

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $282,602.58 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $1,349,192.31 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $1,600.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $12,490.00 | |
| 88. **Real property.** _Copy line 56, Part 9._.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,645,884.89 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,645,884.89 |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **Truline Construction Services, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

<table><tr><td style="background:black;color:white">Part 1:</td><td style="background:black;color:white">List Creditors Who Have Secured Claims</td></tr></table>

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **SBA Disaster Loan Service Ctr**<br>Creditor's Name<br><br>**2 North 20th Street**<br>**Suite 320**<br>**Birmingham, AL 35203**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**7900**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Blanket**<br><br><br>**Describe the lien**<br>**UCC Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500,000.00 | $0.00 |
| **2.2** **TD Bank**<br>Creditor's Name<br><br>**PO Box 5600**<br>**Lewiston, ME 04243**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**Opened 10/2017**<br>**Last 4 digits of account number**<br>**9001**<br>Do multiple creditors have an interest in the same property? | **Describe debtor's property that is subject to a lien**<br>**Blanket**<br><br><br>**Describe the lien**<br>**UCC Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $41,755.81 | $0.00 |

Debtor    **Truline Construction Services, Inc.**                          Case number (if known) _____
                Name

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$541,755.81** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name    **Truline Construction Services, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**303 Construction**<br>**230 So. 5th Avenue**<br>**Mount Vernon, NY 10660**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$82,470.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**711 New York Painting & Decora**<br>**4008 22nd Street**<br>**Long Island City, NY 11101**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$58,629.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**ABCO PEERLESS SPRINKLER CORPOR**<br>**50 Midland Avenue**<br>**Hicksville, NY 11801**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$13,390.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Accurate Door & Hardware**<br>**10 West End Road**<br>**Totowa, NJ 07512**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$430.00** |

| Debtor | **Truline Construction Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,013.04 |
|---|---|---|---|

**Alba Services**
**240 W 52nd Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,431.25 |
|---|---|---|---|

**All Seasons Movers**
**909 Newark Turnpike**
**Kearny, NJ 07032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,372.00 |
|---|---|---|---|

**Allforce Contracting Corp**
**53-02 11th Street**
**Long Island City, NY 11101**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,861.46 |
|---|---|---|---|

**Amergy Electric of NY**
**65 Broadway**
**Suite 1804**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,627.41 |
|---|---|---|---|

**American Express**
**PO Box 1270**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Credit Card**

Last 4 digits of account number **2003**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,286.00 |
|---|---|---|---|

**Anfield Interiors**
**261 W 35th Street**
**Suite 705**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,876.00 |
|---|---|---|---|

**Atlas Acon Electric**
**283 Hudson Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Truline Construction Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,961.09 |
|---|---|---|---|

**Avalon Electric Corporation**
**5760 Broadway**
**2nd Floor**
**Bronx, NY 10463**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**BCompliant**
**1633 Broadway**
**Fl 46**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

**Bedrock Plumbing & Heating**
**101-14 Jamaica Ave**
**Richmond Hill, NY 11418**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,144.27 |
|---|---|---|---|

**BH Drywall & Painting, Inc.**
**66-00 Queens Midtown Expresswa**
**Suite 304**
**Maspeth, NY 11378**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,350.00 |
|---|---|---|---|

**Biordi, Inc**
**43-20 102nd  Street**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|---|---|---|---|

**Burgess Steel**
**200 West Forest Avenue**
**Englewood, NJ 07631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,750.00 |
|---|---|---|---|

**CCM Roofing LLC**
**105 Bloomingdale Road**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset?  ☑ No   ☐ Yes

---

| Debtor | **Truline Construction Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,451.39** |
|---|---|---|---|

**Concept Plumbing, Inc.**
**360 Ashburton Avenue**
**Yonkers, NY 10701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$82,809.05** |
|---|---|---|---|

**Consolidated Specialty Surface**
**465 Meadow Lane**
**Carlstadt, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,250.00** |
|---|---|---|---|

**Di Santi Mechanical**
**101 E Main Street**
**Building 3**
**Little Falls, NJ 07424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,336.36** |
|---|---|---|---|

**Dicor Construction**
**15 Garfield Avenue**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$192,110.79** |
|---|---|---|---|

**Donnelly Mechanical**
**96-59 222nd Street**
**Queens Village, NY 11429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,839.46** |
|---|---|---|---|

**Dormakaba**
**41 Heisser Lane**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,300.00** |
|---|---|---|---|

**Eden Construction**
**1670 Dutch Broadway**
**Elmont, NY 11003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Truline Construction Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.26** | Nonpriority creditor's name and mailing address

**Energy Fencing**
**721 VAN SINDEREN AVE**
**Brooklyn, NY 11207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$45,000.00**

---

**3.27** | Nonpriority creditor's name and mailing address

**Ess & Vee Acoustical Contracto**
**23-30 50th Avenue**
**Long Island City, NY 11101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,262.63**

---

**3.28** | Nonpriority creditor's name and mailing address

**ETS Contracting Inc**
**160 Clay Street**
**Brooklyn, NY 11222**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15,716.80**

---

**3.29** | Nonpriority creditor's name and mailing address

**Evro Group Corp**
**2175 Wantagh Avenue**
**Suite 104**
**Wantagh, NY 11793**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,780.82**

---

**3.30** | Nonpriority creditor's name and mailing address

**Facility Solutions Group**
**494 8th Avenue**
**Suite 200**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,210.28**

---

**3.31** | Nonpriority creditor's name and mailing address

**First Insurance**
**450 Skokie Boulevard**
**Suite 1000**
**Northbrook, IL 60062-7917**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$34,948.46**

---

**3.32** | Nonpriority creditor's name and mailing address

**Foam Insulation Solution**
**4205 Avenue H**
**Brooklyn, NY 11210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,687.00**

---

| Debtor | **Truline Construction Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$437.72**

**Fox Glass Company East**
**45 Bloomingdale Road**
**Hicksville, NY 11801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**General Building Appliance Cor**
**750 Stewart Avenue**
**Garden City, NY 11530**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$296,848.64**

**GMC Contracting Group**
**226 Miller Street**
**Newark, NJ 07114**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,506.50**

**HandiLift, Inc**
**730 Garden Street**
**Carlstadt, NJ 07072**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,800.00**

**High Rise Fire and Security**
**144 21st Street**
**Brooklyn, NY 11232**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,950.00**

**Homecore Inc**
**207 Lawrence Avenue**
**Inwood, NY 11096**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,125.00**

**International Blind Contractor**
**274 Madison Avenue**
**Suite 404**
**New York, NY 10016**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Truline Construction Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,350.00** |
|---|---|---|---|

**iPlaster**
**812 Midland Road**
**Oradell, NJ 07469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,796.80** |
|---|---|---|---|

**Island Painting Inc**
**262 W 38th Street**
**16th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,700.00** |
|---|---|---|---|

**Jasa Group**
**200 Vesey Street**
**New York, NY 10281**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,186.09** |
|---|---|---|---|

**John Russell Brockway**
**528 Downer Street**
**Westfield, NJ 07090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Opened 3/1/2023**

Last 4 digits of account number _____

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,711.00** |
|---|---|---|---|

**Joyce Interiors**
**220 Ferris Ave., Suite 105**
**White Plains, NY 10603**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,836.93** |
|---|---|---|---|

**JT Roselle**
**84 Business Park Drive**
**Suite 106**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,956.00** |
|---|---|---|---|

**Kelair Inc**
**301 Fields Lane**
**Suite 7**
**Brewster, NY 10509**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Truline Construction Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$349,525.52** |
|---|---|---|---|

**Kilree Construction Inc**
**17 South MacQuesten Pkwy**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**KJP Enterprises, Inc**
**200 Keen Street**
**Paterson, NJ 07524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$884.00** |
|---|---|---|---|

**Liberty Contracting Corp**
**2531 94th Street**
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,635.75** |
|---|---|---|---|

**Lion Electric Inc**
**205 Route 46 West**
**Suite 7B**
**Totowa, NJ 07512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,727.76** |
|---|---|---|---|

**Luparello & Sons Lighting**
**144 Rome Street**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,748.00** |
|---|---|---|---|

**M&T Plumbing**
**120 East 13th Street**
**New York, NY 10003**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,861.25** |
|---|---|---|---|

**M. J. Melo Painting, LTD**
**2015 Forest Avenue**
**Suite C1**
**Staten Island, NY 10303**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Business Debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Truline Construction Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.00 |
|---|---|---|---|

**Maser Consulting**
**331 Newman Springs Rd**
** Suite 203**
**Red Bank, NJ 07701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210,653.29 |
|---|---|---|---|

**Mason Tenders #79**
**520 Eighth Avenue**
**Suite 600**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.00 |
|---|---|---|---|

**Maspeth Roofing**
**54-30 44th Street**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,225.00 |
|---|---|---|---|

**Matros Automated**
**5-33 50th Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,700.00 |
|---|---|---|---|

**Metro Glass Corp**
**161 Saw Mill River Rd**
**Lot E**
**Yonkers, NY 10701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204,544.80 |
|---|---|---|---|

**Midre Contracting Corp**
**60-01 Northern Blvd.**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,078.01 |
|---|---|---|---|

**MPS Mechanical, LLC**
**706 Route 15 South**
**Suite 206**
**Lake Hopatcong, NJ 07849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Truline Construction Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,039.76** |
|---|---|---|---|

MRDC Services Inc.
226 Miller Street
Newark, NJ 07114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.28** |
|---|---|---|---|

Mt. Hawley
9025 N. Lindbergh Drive
Peoria, IL 61615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,140.00** |
|---|---|---|---|

New York Insulation Inc.
58-48 59th Street
Maspeth, NY 11378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$279,225.00** |
|---|---|---|---|

Nguyen Custom Woodworking, LLC
780 East 134th St. 5th Fl.
Bronx, NY 10454

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,633.22** |
|---|---|---|---|

NJ Boom & Erectors
405 Industrial Park Drive
Mount Pocono, PA 18344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,655.00** |
|---|---|---|---|

NYC Dept. of Finance
Oath ECB Judgments
PO Box 2307
New York, NY 10272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Opened 8/18/2022 Last Active 10/6/2022**

Last 4 digits of account number  **7346**

Basis for the claim:  **OATH Violations**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,200.00** |
|---|---|---|---|

Obar Systems, Inc
2969 Route 23
Newfoundland, NJ 07435

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Truline Construction Services, Inc.** | Case number (if known) | |
|--------|------------------------------------------|--------------------------|---|
| | Name | | |

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,507.06** |
| | **Outsource Consulting** | ☐ Contingent | |
| | **237 West 35th Street** | ☐ Unliquidated | |
| | **New York, NY 10001** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,800.00** |
| | **PAL Environmental Safety Corp** | ☐ Contingent | |
| | **1102 Queens Plaza South** | ☐ Unliquidated | |
| | **Long Island City, NY 11101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,052.50** |
| | **PAL Supply Corp.** | ☐ Contingent | |
| | **200 Blydenburgh Road** | ☐ Unliquidated | |
| | **Unit 18** | ☐ Disputed | |
| | **Islandia, NY 11749** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,880.50** |
| | **PBM Painting, LLC** | ☐ Contingent | |
| | **405 Lexington Avenue** | ☐ Unliquidated | |
| | **40th Fl** | ☐ Disputed | |
| | **New York, NY 10174** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,242.00** |
| | **Peter Hywel Plumbing & Heating** | ☐ Contingent | |
| | **51 Woodland Road** | ☐ Unliquidated | |
| | **Ringwood, NJ 07546** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,465.00** |
| | **Poured Floors** | ☐ Contingent | |
| | **1552 Stevens Avenue** | ☐ Unliquidated | |
| | **Uniondale, NY 11506** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
| | **Premier Wood Concepts Inc** | ☐ Contingent | |
| | **277 Martine Avenue** | ☐ Unliquidated | |
| | **Suite 214** | ☐ Disputed | |
| | **White Plains, NY 10601** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Truline Construction Services, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,675.00** |
|---|---|---|---|
| | **QuietStar Industries** | ☐ Contingent | |
| | **734 Grand Ave** | ☐ Unliquidated | |
| | **Unit C** | ☐ Disputed | |
| | **Ridgefield, NJ 07657** | | |
| | | **Basis for the claim:  Business Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,257.22** |
|---|---|---|---|
| | **RD Weis LLC** | ☐ Contingent | |
| | **350 Seventh Ave** | ☐ Unliquidated | |
| | **Suite 903** | ☐ Disputed | |
| | **New York, NY 10001** | | |
| | | **Basis for the claim:  Business Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,103.50** |
|---|---|---|---|
| | **S & S Roofing, Inc** | ☐ Contingent | |
| | **2 Self Blvd** | ☐ Unliquidated | |
| | **Carteret, NJ 07008** | ☐ Disputed | |
| | | **Basis for the claim:  Business Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Sadri Ymaj & Pranvery Ymaj c/o** | ☐ Contingent | |
| | **Michael B. Palillo, P.C.** | ☐ Unliquidated | |
| | **277 Broadway, Suite 501** | ☐ Disputed | |
| | **New York, NY 10007** | | |
| | | **Basis for the claim:  Business Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,863.75** |
|---|---|---|---|
| | **Safety Building Cleaning Corp.** | ☐ Contingent | |
| | **5 West 37th Street** | ☐ Unliquidated | |
| | **#803** | ☐ Disputed | |
| | **New York, NY 10018** | | |
| | | **Basis for the claim:  Business Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,816.00** |
|---|---|---|---|
| | **Saimer Interiors, Inc** | ☐ Contingent | |
| | **52-79 72nd Place** | ☐ Unliquidated | |
| | **Maspeth, NY 11378** | ☐ Disputed | |
| | | **Basis for the claim:  Business Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,646.32** |
|---|---|---|---|
| | **Schindler Elevator Corporation** | ■ Contingent | |
| | **105 Maxess Road** | ☐ Unliquidated | |
| | **Suite N120** | ☐ Disputed | |
| | **Melville, NY 11747** | | |
| | | **Basis for the claim:  Business Debt** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Truline Construction Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$360,483.35** |
|---|---|---|---|

**SGI Metal & Glass LLC**
**7206 69th Street**
**Suite C-1**
**Ridgewood, NY 11385**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$230.00** |
|---|---|---|---|

**Soundtone Floors, Inc**
**43-02 37th Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sovereign Mechanical Corp**
**307 Seventh Avenue**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,779.00** |
|---|---|---|---|

**SportProsUSA**
**500 West Main Street**
**Suite 19**
**Wyckoff, NJ 07841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,611.55** |
|---|---|---|---|

**Starr Industries LLC**
**379 Fifth Avenue**
**4th Floor**
**New York, NY 10016**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,700.00** |
|---|---|---|---|

**Stever Enterprises**
**35 Commerce Drive**
**Carmel, NY 10512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,020.00** |
|---|---|---|---|

**Superior Metal & Woodwork**
**70 Central Ave**
**Farmingdale, NY 11735**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Truline Construction Services, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,570.96**

The Metro Group
100 Leuning Street
South Hackensack, NJ 07606

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,700.00**

Thor Marble & Granite LLC
22 Lois Place
Staten Island, NY 10301

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

TJ Steel LLC
18 Amicalola Road
Highland Lakes, NJ 07422

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,935.00**

TOR Concrete LLC
37-16 Utopia Pkwy
Flushing, NY 11358

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,900.00**

Tri State Marble
POB 5068
Bergenfield, NJ 07621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,766.00**

Truart Sign Co, Inc.
187 Main Street
Freeport, NY 11520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$570.00**

United Spray LLC
3 Contorino Way #1
Chester, NY 10918

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Truline Construction Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Unity Creations, Ltd.**
**3997 Route 9W**
**PO Box 9**
**Saugerties, NY 12477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$209,250.00** |
|---|---|---|---|

**Unity Electric**
**65-45 Fresh Meadow Lane**
**Fresh Meadows, NY 11365**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,057.40** |
|---|---|---|---|

**Wenig**
**45 Ranick Drive East**
**Suite B**
**Amityville, NY 11701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$490.48** |
|---|---|---|---|

**Wesco Receivables Corp.**
**Wesco Distribution, Inc.**
**PO Box 641447**
**Pittsburgh, PA 15264-1447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Business Debt_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Frank, Goldstein & Nager**<br>**330 W, 38th Street**<br>**Suite 701**<br>**New York, NY 10018** | Line _3.79_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Gartner & Bloom, PC**<br>**801 Second Avenue**<br>**11th Floor**<br>**New York, NY 10017** | Line _3.1_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Law Offices of Edward Weissman**<br>**555 5th Avenue**<br>**14th Floor**<br>**New York, NY 10017** | Line _3.81_<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Debtor    **Truline Construction Services, Inc.**
　　　　　Name

Case number (if known) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ _____ **4,243,378.47** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ **4,243,378.47** |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Truline Construction Services, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for 533 West 57th Street Entrance Lobby Renovation** |
| State the term remaining | **521-533 West 57th St. Condo c/o Meringoff Properties, Inc. 30 West 26th St., 8th Floor New York, NY 10010** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for the project of Center for the Study of Childhood Development [CSCD] Milbank Hall, 604-606 W120th Street, New York, NY 10027** |
| State the term remaining | **Barnard College Attn: Eileen Di Benedetto, CFO 3009 Broadway New York, NY 10027** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for renovations for Democracy Prep Harlem High** |
| State the term remaining | **Democracy Prep New York Charter Schools 1767 Park Avenue, 5th Floor New York, NY 10035** |
| List the contract number of any government contract | |

Debtor 1  **Truline Construction Services, Inc.**                              Case number *(if known)* _____

   First Name           Middle Name           Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Contract dated 12/6/2021 for project 2017 FMTC 4BCC Store Front Rep, 4 Chase Matrotech Center, Brooklyn, NY 11245** |
| State the term remaining | |
| List the contract number of any government contract | **JPMorgan Chase Bank**<br>**4 Chase Metrotech Center**<br>**Brooklyn, NY 11245** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for the project Luria Academy, 664 Bergen Street, Brooklyn, NY 11238** |
| State the term remaining | |
| List the contract number of any government contract | **Luria Academy of Brooklyn**<br>**238 St. Marks Avenue**<br>**Brooklyn, NY 11238** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for project Sirius XM Radio - Content Caputure Room, 1221 Avenue of the Americas, New York, NY 10020** |
| State the term remaining | |
| List the contract number of any government contract | **Sirius XM Radio**<br>**1221 Avenue of the Americas**<br>**New York, NY 10020** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for St. Cecilia's Church - Boiler Replacement** |
| State the term remaining | |
| List the contract number of any government contract | **St. Cecilia's Church**<br>**120 East 106 Street**<br>**New York, NY 10029** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for project of St. Cecilia's Church - Inclined Wheelchair Lift, Sidewalk Replacement and Vault Repairs** |
| State the term remaining | |
| List the contract number of any government contract | **St. Cecilia's Church**<br>**120 East 106 Street**<br>**New York, NY 10029** |

**Fill in this information to identify the case:**

Debtor name    **Truline Construction Services, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Benchmark Builders, Inc.** | **27 Parkview Court White Plains, NY 10603** | **Sadri Ymaj & Pranvery Ymaj c/o** | ☐ D _____ ■ E/F ___3.78___ ☐ G _____ |
| 2.2 | **Denver Properties, LLC** | **10 Bank Street Suite 560 White Plains, NY 10603** | **Sadri Ymaj & Pranvery Ymaj c/o** | ☐ D _____ ■ E/F ___3.78___ ☐ G _____ |
| 2.3 | **Empire State Realey Trust, Inc** | **80 State Street Albany, NY 12207** | **Sadri Ymaj & Pranvery Ymaj c/o** | ☐ D _____ ■ E/F ___3.78___ ☐ G _____ |
| 2.4 | **Jones Lang La Salle, Inc.** | **60 N. Prospect Avenue Lynbrook, NY 11563** | **Sadri Ymaj & Pranvery Ymaj c/o** | ☐ D _____ ■ E/F ___3.78___ ☐ G _____ |
| 2.5 | **Par Fire Protection, LLC** | **60 N. Prospect Avneue Lynbrook, NY 11563** | **Sadri Ymaj & Pranvery Ymaj c/o** | ☐ D _____ ■ E/F ___3.78___ ☐ G _____ |

| Debtor | **Truline Construction Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|

▆ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Par Plumbing Co., INc.** | 60 N. Prospect Avenue Lynbrook, NY 11563 | **Sadri Ymaj & Pranvery Ymaj c/o** | ☐ D _____ ■ E/F __3.78__ ☐ G _____ |
| 2.7 | **Quest Builders Group, Inc.** | 242 West 30th Street 5th Floor New York, NY 10001 | **Sadri Ymaj & Pranvery Ymaj c/o** | ☐ D _____ ■ E/F __3.78__ ☐ G _____ |
| 2.8 | **SL Green Realty Corp.** | 28 Liberty Street New York, NY 10005 | **Sadri Ymaj & Pranvery Ymaj c/o** | ☐ D _____ ■ E/F __3.78__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Truline Construction Services, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,296,678.63** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$10,642,538.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$8,244,415.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Truline Construction Services, Inc. | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Sadri Ymaj & Pranvera Ymaj -vs- Empire State Realty, Truline Construction, et al 150108/2022 | Civil Suit | Supreme Court of the State of New York County of New York | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Debtor   **Truline Construction Services, Inc.**                                  Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Charity Clay Shoot** **4-06A Bell Boulevard** **Suite 455** **Bayside, NY 11361** | **Paid for a round of sporting clays** | **4/5/2022** | **$2,800.00** |
| | **Recipients relationship to debtor** **Business Networking** | | | |
| 9.2. | **Friends of the Vietnam Plaza** **PO Box 944** **Peck Slip Station** **New York, NY 10272-0944** | **Tickets for Luncheon** | **10/12/2021** | **$1,000.00** |
| | **Recipients relationship to debtor** **Business Networking** | | | |

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Weinberg Zareh Malkin Price LLP** **45 Rockefeller Plaza, 20th Floor** **New York, NY 10111** | **Attorney Fees** | **6/8/2023** | **$20,000.00** |
| | **Email or website address** **awoods@wzmplaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

---

Debtor    **Truline Construction Services, Inc.**                                    Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **255 E. 49th Street 28E New York, NY 10017** | **11/2021** |

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Truline Contruction** | EIN: **81-1856118** |

Has the plan been terminated?
■ No

Debtor   **Truline Construction Services, Inc.**                           Case number *(if known)* _____

☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **TD Bank** | **XXXX-2660** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **6/2023** | **$0.00** |
| 18.2. | **TD Bank** | **XXXX-4526** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **6/2/2022** | **$0.00** |
| 18.3. | **TD Bank** | **XXXX-4759** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **2/28/2022** | **$2,325.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Storage Post<br>32 Grand Avenue<br>Unit BSC115<br>Brooklyn, NY 11205** | **Pete Woessner, Paul Palasciano, Kevin Buttgieg, John Russel Brockway, Michael Goldberg** | **Gangboxes, Tools, Construction Materials** | ☐ No<br>■ Yes |

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor   **Truline Construction Services, Inc.**                                    Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor    **Truline Construction Services, Inc.**                                    Case number *(if known)*  _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Melissa Raulston** **5221 23rd Avenue S** **Gulfport, FL 33707** | **2016 - 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Zapkin & Loeb** **3 Crossways Park Drive West** **Woodbury, NY 11797** | **2020 - 2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Melissa Raulston** **5221 23rd Avenue S** **Gulfport, FL 33707** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **New York State Insurance Fund** **Attn: Dharmest Patel, Senior Auditor** **PO Box 66699** **Albany, NY 12206** |
| 26d.2.   **SML Capital Adviisors** **Attn: Jeffrey Romanowsky** **471 N. Broadway** **Siote 293** **Jericho, NY 11753** |
| 26d.3.   **Alliant Insurance Services, Inc.** **PO Box 21728** **New York, NY 10087-4728** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Truline Construction Services, Inc.**                                Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Melissa Raulston | 5221 23rd Avenue S Gulfport, FL 33707 | CFO | 51% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Goldberg | 5221 23rd Avenue S Gulfport, FL 33707 | President | 49% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Michael Goldberg 5221 23rd Avenue S Gulfport, FL 33707** | **$85,399.01** | **7/14/2022 - 7/20/2023** | **Salary** |
| | Relationship to debtor **President** | | | |
| 30.2. | **Melissa Raulston 5221 23rd Avenue S Gulfport, FL 33707** | **$88,680.32** | **7/7/2022 - 7/20/2023** | **Salary** |
| | Relationship to debtor **Chief Financial Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Mason Tenders Local #79** | **EIN:    13-6190433** |

Debtor   **Truline Construction Services, Inc.**                                      Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 12, 2023**

**/s/ Michael Goldberg**                                    **Michael Goldberg**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **9**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    **Truline Construction Services, Inc.**                              Case No.

                                                     Debtor(s)               Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................    $            **20,000.00**

    Prior to the filing of this statement I have received ..................    $            **20,000.00**

    Balance Due ..............................................................................    $                 **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**October 12, 2023**                                   **/s/ Adrienne Woods, Esq.**
*Date*                                                 **Adrienne Woods, Esq. 4356770**
                                                       *Signature of Attorney*
                                                       **Weinberg Zareh Malkin Price LLP**
                                                       **45 Rockefeller Plaza, 20th Floor**
                                                       **New York, NY 10111**
                                                       **212-899-5470**
                                                       **awoods@wzmplaw.com**
                                                       *Name of law firm*

---

**United States Bankruptcy Court**
**Southern District of New York**

In re  **Truline Construction Services, Inc.**                                    Case No.  _____
                                                      Debtor(s)          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 12, 2023**                    **/s/ Michael Goldberg**
                                      **Michael Goldberg**/**President**
                                      Signer/Title

303 CONSTRUCTION
230 SO. 5TH AVENUE
MOUNT VERNON, NY 10660


521-533 WEST 57TH ST. CONDO
C/O MERINGOFF PROPERTIES, INC.
30 WEST 26TH ST., 8TH FLOOR
NEW YORK, NY 10010


711 NEW YORK PAINTING & DECORA
4008 22ND STREET
LONG ISLAND CITY, NY 11101


ABCO PEERLESS SPRINKLER CORPOR
50 MIDLAND AVENUE
HICKSVILLE, NY 11801


ACCURATE DOOR & HARDWARE
10 WEST END ROAD
TOTOWA, NJ 07512


ALBA SERVICES
240 W 52ND STREET
NEW YORK, NY 10019


ALL SEASONS MOVERS
909 NEWARK TURNPIKE
KEARNY, NJ 07032


ALLFORCE CONTRACTING CORP
53-02 11TH STREET
LONG ISLAND CITY, NY 11101


AMERGY ELECTRIC OF NY
65 BROADWAY
SUITE 1804
NEW YORK, NY 10006


AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101

ANFIELD INTERIORS
261 W 35TH STREET
SUITE 705
NEW YORK, NY 10001


ATLAS ACON ELECTRIC
283 HUDSON STREET
NEW YORK, NY 10013


AVALON ELECTRIC CORPORATION
5760 BROADWAY
2ND FLOOR
BRONX, NY 10463


BARNARD COLLEGE
ATTN: EILEEN DI BENEDETTO, CFO
3009 BROADWAY
NEW YORK, NY 10027


BCOMPLIANT
1633 BROADWAY
FL 46
NEW YORK, NY 10019


BEDROCK PLUMBING & HEATING
101-14 JAMAICA AVE
RICHMOND HILL, NY 11418


BENCHMARK BUILDERS, INC.
27 PARKVIEW COURT
WHITE PLAINS, NY 10603


BH DRYWALL & PAINTING, INC.
66-00 QUEENS MIDTOWN EXPRESSWA
SUITE 304
MASPETH, NY 11378


BIORDI, INC
43-20 102ND STREET
CORONA, NY 11368


BURGESS STEEL
200 WEST FOREST AVENUE
ENGLEWOOD, NJ 07631

CCM ROOFING LLC
105 BLOOMINGDALE ROAD
HICKSVILLE, NY 11801


COACTION SPECIALTY
412 MOUNT KEMBLE AVENUE
SUITE 300C
MORRISTOWN, NJ 07960


CONCEPT PLUMBING, INC.
360 ASHBURTON AVENUE
YONKERS, NY 10701


CONSOLIDATED SPECIALTY SURFACE
465 MEADOW LANE
CARLSTADT, NJ 07072


DAVIDOFF HUTCHER & CITRON, LLP
605 THIRD AVENUE
NEW YORK, NY 10156


DEMOCRACY PREP NEW YORK
CHARTER SCHOOLS
1767 PARK AVENUE, 5TH FLOOR
NEW YORK, NY 10035


DENVER PROPERTIES, LLC
10 BANK STREET
SUITE 560
WHITE PLAINS, NY 10603


DI SANTI MECHANCIAL
101 E MAIN STREET
BUILDING 3
LITTLE FALLS, NJ 07424


DICOR CONSTRUCTION
15 GARFIELD AVENUE
BAY SHORE, NY 11706


DONNELLY MECHANICAL
96-59 222ND STREET
QUEENS VILLAGE, NY 11429

DORMAKABA
41 HEISSER LANE
FARMINGDALE, NY 11735


EDEN CONSTRUCTION
1670 DUTCH BROADWAY
ELMONT, NY 11003


EMPIRE STATE REALEY TRUST, INC
80 STATE STREET
ALBANY, NY 12207


ENERGY FENCING
721 VAN SINDEREN AVE
BROOKLYN, NY 11207


ESS & VEE ACOUSTICAL CONTRACTO
23-30 50TH AVENUE
LONG ISLAND CITY, NY 11101


ETS CONTRACTING INC
160 CLAY STREET
BROOKLYN, NY 11222


EVRO GROUP CORP
2175 WANTAGH AVENUE
SUITE 104
WANTAGH, NY 11793


FACILITY SOLUTIONS GROUP
494 8TH AVENUE
SUITE 200
NEW YORK, NY 10001


FIRST INSURANCE
450 SKOKIE BOULEVARD
SUITE 1000
NORTHBROOK, IL 60062-7917


FOAM INSULATION SOLUTION
4205 AVENUE H
BROOKLYN, NY 11210

FOX GLASS COMPANY EAST
45 BLOOMINGDALE ROAD
HICKSVILLE, NY 11801


FRANK, GOLDSTEIN & NAGER
330 W, 38TH STREET
SUITE 701
NEW YORK, NY 10018


GARTNER & BLOOM, PC
801 SECOND AVENUE
11TH FLOOR
NEW YORK, NY 10017


GENERAL BUILDING APPLIANCE COR
750 STEWART AVENUE
GARDEN CITY, NY 11530


GMC CONTRACTING GROUP
226 MILLER STREET
NEWARK, NJ 07114


HANDILIFT, INC
730 GARDEN STREET
CARLSTADT, NJ 07072


HIGH RISE FIRE AND SECURITY
144 21ST STREET
BROOKLYN, NY 11232


HOMECORE INC
207 LAWRENCE AVENUE
INWOOD, NY 11096


INTERNATIONAL BLIND CONTRACTOR
274 MADISON AVENUE
SUITE 404
NEW YORK, NY 10016


IPLASTER
812 MIDLAND ROAD
ORADELL, NJ 07469

ISLAND PAINTING INC
262 W 38TH STREET
16TH FLOOR
NEW YORK, NY 10018


JASA GROUP
200 VESEY STREET
NEW YORK, NY 10281


JOHN RUSSELL BROCKWAY
528 DOWNER STREET
WESTFIELD, NJ 07090


JONES LANG LA SALLE, INC.
60 N. PROSPECT AVENUE
LYNBROOK, NY 11563


JOYCE INTERIORS
220 FERRIS AVE., SUITE 105
WHITE PLAINS, NY 10603


JPMORGAN CHASE BANK
4 CHASE METROTECH CENTER
BROOKLYN, NY 11245


JT ROSELLE
84 BUSINESS PARK DRIVE
SUITE 106
ARMONK, NY 10504


KELAIR INC
301 FIELDS LANE
SUITE 7
BREWSTER, NY 10509


KILREE CONSTRUCTION INC
17 SOUTH MACQUESTEN PKWY
MOUNT VERNON, NY 10550


KJP ENTERPRISES, INC
200 KEEN STREET
PATERSON, NJ 07524

LAW OFFICES OF EDWARD WEISSMAN
555 5TH AVENUE
14TH FLOOR
NEW YORK, NY 10017


LIBERTY CONTRACTING CORP
2531 94TH STREET
NORTH BERGEN, NJ 07047


LION ELECTRIC INC
205 ROUTE 46 WEST
SUITE 7B
TOTOWA, NJ 07512


LUPARELLO & SONS LIGHTING
144 ROME STREET
FARMINGDALE, NY 11735


LURIA ACADEMY OF BROOKLYN
238 ST. MARKS AVENUE
BROOKLYN, NY 11238


M&T PLUMBING
120 EAST 13TH STREET
NEW YORK, NY 10003


M. J. MELO PAINTING, LTD
2015 FOREST AVENUE
SUITE C1
STATEN ISLAND, NY 10303


MASER CONSULTING
331 NEWMAN SPRINGS RD
 SUITE 203
RED BANK, NJ 07701


MASON TENDERS #79
520 EIGHTH AVENUE
SUITE 600
NEW YORK, NY 10018


MASPETH ROOFING
54-30 44TH STREET
MASPETH, NY 11378

MATROS AUTOMATED
5-33 50TH AVENUE
LONG ISLAND CITY, NY 11101


METRO GLASS CORP
161 SAW MILL RIVER RD
LOT E
YONKERS, NY 10701


MIDRE CONTRACTING CORP
60-01 NORTHERN BLVD.
WOODSIDE, NY 11377


MPS MECHANICAL, LLC
706 ROUTE 15 SOUTH
SUITE 206
LAKE HOPATCONG, NJ 07849


MRDC SERVICES INC.
226 MILLER STREET
NEWARK, NJ 07114


MT. HAWLEY
9025 N. LINDBERGH DRIVE
PEORIA, IL 61615


NEW YORK INSULATION INC.
58-48 59TH STREET
MASPETH, NY 11378


NGUYEN CUSTOM WOODWORKING, LLC
780 EAST 134TH ST. 5TH FL.
BRONX, NY 10454


NJ BOOM & ERECTORS
405 INDUSTRIAL PARK DRIVE
MOUNT POCONO, PA 18344


NYC DEPT. OF FINANCE
OATH ECB JUDGMENTS
PO BOX 2307
NEW YORK, NY 10272

O'TOOL SCRIVO
535 5TH AVENUE
4TH FLOOR
NEW YORK, NY 10017

OBAR SYSTEMS, INC
2969 ROUTE 23
NEWFOUNDLAND, NJ 07435

OUTSOURCE CONSULTING
237 WEST 35TH STREET
NEW YORK, NY 10001

PAL ENVIRONMENTAL SAFETY CORP
1102 QUEENS PLAZA SOUTH
LONG ISLAND CITY, NY 11101

PAL SUPPLY CORP.
200 BLYDENBURGH ROAD
UNIT 18
ISLANDIA, NY 11749

PALILLOW LAW
277 BROADWAY
SUITE 501
NEW YORK, NY 10007

PAR FIRE PROTECTION, LLC
60 N. PROSPECT AVNEUE
LYNBROOK, NY 11563

PAR PLUMBING CO., INC.
60 N. PROSPECT AVENUE
LYNBROOK, NY 11563

PBM PAINTING, LLC
405 LEXINGTON AVENUE
40TH FL
NEW YORK, NY 10174

PETER HYWEL PLUMBING & HEATING
51 WOODLAND ROAD
RINGWOOD, NJ 07546

```
POURED FLOORS
1552 STEVENS AVENUE
UNIONDALE, NY 11506


PREMIER WOOD CONCEPTS INC
277 MARTINE AVENUE
SUITE 214
WHITE PLAINS, NY 10601


QUEST BUILDERS GROUP, INC.
242 WEST 30TH STREET
5TH FLOOR
NEW YORK, NY 10001


QUIETSTAR INDUSTRIES
734 GRAND AVE
UNIT C
RIDGEFIELD, NJ 07657


RD WEIS LLC
350 SEVENTH AVE
SUITE 903
NEW YORK, NY 10001


ROCKVILLE RISK MANAGEMENT
119 NORTH PARK AVENUE
4TH FLOOR
ROCKVILLE CENTRE, NY 11570


S & S ROOFING, INC
2 SELF BLVD
CARTERET, NJ 07008


SADRI YMAJ & PRANVERY YMAJ C/O
MICHAEL B. PALILLO, P.C.
277 BROADWAY, SUITE 501
NEW YORK, NY 10007


SAFETY BUILDING CLEANING CORP.
5 WEST 37TH STREET
 #803
NEW YORK, NY 10018


SAIMER INTERIORS, INC
52-79 72ND PLACE
MASPETH, NY 11378
```

```
SBA DISASTER LOAN SERVICE CTR
2 NORTH 20TH STREET
SUITE 320
BIRMINGHAM, AL 35203


SCHINDLER ELEVATOR CORPORATION
105 MAXESS ROAD
SUITE N120
MELVILLE, NY 11747


SGI METAL & GLASS LLC
7206 69TH STREET
SUITE C-1
RIDGEWOOD, NY 11385


SIRIUS XM RADIO
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020


SL GREEN REALTY CORP.
28 LIBERTY STREET
NEW YORK, NY 10005


SOUNDTONE FLOORS, INC
43-02 37TH STREET
LONG ISLAND CITY, NY 11101


SOVEREIGN MECHANICAL CORP
307 SEVENTH AVENUE
NEW YORK, NY 10001


SPORTPROSUSA
500 WEST MAIN STREET
SUITE 19
WYCKOFF, NJ 07841


ST. CECILIA'S CHURCH
120 EAST 106 STREET
NEW YORK, NY 10029


STARR INDUSTRIES LLC
379 FIFTH AVENUE
4TH FLOOR
NEW YORK, NY 10016
```

STEVER ENTERPRISES
35 COMMERCE DRIVE
CARMEL, NY 10512


SUPERIOR METAL & WOODWORK
70 CENTRAL AVE
FARMINGDALE, NY 11735


TD BANK
PO BOX 5600
LEWISTON, ME 04243


THE METRO GROUP
100 LEUNING STREET
SOUTH HACKENSACK, NJ 07606


THOR MARBLE & GRANITE LLC
22 LOIS PLACE
STATEN ISLAND, NY 10301


TJ STEEL LLC
18 AMICALOLA ROAD
HIGHLAND LAKES, NJ 07422


TOR CONCRETE LLC
37-16 UTOPIA PKWY
FLUSHING, NY 11358


TRI STATE MARBLE
POB 5068
BERGENFIELD, NJ 07621


TRUART SIGN CO, INC.
187 MAIN STREET
FREEPORT, NY 11520


UNITED SPRAY LLC
3 CONTORINO WAY #1
CHESTER, NY 10918


UNITY CREATIONS, LTD.
3997 ROUTE 9W
PO BOX 9
SAUGERTIES, NY 12477

```
UNITY ELECTRIC
65-45 FRESH MEADOW LANE
FRESH MEADOWS, NY 11365


WENIG
45 RANICK DRIVE EAST
SUITE B
AMITYVILLE, NY 11701


WESCO RECEIVABLES CORP.
WESCO DISTRIBUTION, INC.
PO BOX 641447
PITTSBURGH, PA 15264-1447
```

# United States Bankruptcy Court
## Southern District of New York

In re  __Truline Construction Services, Inc._____      Case No. _____

_____Debtor(s)      Chapter    __7_____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Truline Construction Services, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__October 12, 2023_____      __/s/ Adrienne Woods, Esq._____
Date                                      __Adrienne Woods, Esq. 4356770_____
                                          Signature of Attorney or Litigant
                                          Counsel for   __Truline Construction Services, Inc.__
                                          **Weinberg Zareh Malkin Price LLP**
                                          **45 Rockefeller Plaza, 20th Floor**
                                          **New York, NY 10111**
                                          **212-899-5470**
                                          **awoods@wzmplaw.com**